IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NEGUS KWAME FAHIM ASIEL-DEY, a/k/a Ronnie-Theodis Demmons, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 116-172 |
| PHELAN HALLINAN DIAMOND JONES PLLC; PHELAN HALLINAN DIAMOND & JONES, PLLC; TOM SEARS, d/b/a Tom Sears, Esq., I.D. No. 633810; WELLS FARGO BANK, N.A.; LATOYA SMITH USSERY, d/b/a Latoya Smith Ussery, Vice President Loan Documentation; PAMELA POMPEY, d/b/a Pamela Pompey, Assistant Secretary; UNRUH INVESTMENTS, LLC; and LELAND UNRUH, d/b/a Leland Unruh, Agent, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to timely effect service on any Defendant, and **CLOSES** this civil action.

SO ORDERED this 7th day of March, 2017, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA